# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>SCOTT GOODWIN-BEY<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 14-mj-2092-DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 30, 2014  in the county of  Greene  in the Western District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | On or about November 30, 2014, in Greene County, in the Western District of Missouri, Scott Goodwin-Bey, the defendant, having been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

S/ Robert McPhail
*Complainant's signature*

Robert McPhail, TFO ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/01/2014

s/ David P. Rush
*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, U.S. Magistrate Judge
*Printed name and title*