IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA          Date: December 1, 2014

vs.                               Case No. 14-mj-2092-DPR

SCOTT GOODWIN-BEY

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: First Appearance on Complaint

Time Commenced: 2:38 p.m.          Time Terminated: 2:42 p.m.

APPEARANCES

Plaintiff:   James Kelleher, AUSA       Defendant:   N/A

Proceedings:   Parties appear as indicated above, defendant in person.   Defendant advised of rights and sworn regarding financial affidavit.   Court will appoint counsel to represent defendant.   Gov't moves for pretrial detention.   Preliminary and detention hearings will be set on 12/4/14 at 9:00 a.m.   Defendant in custody.

ERO/COURTROOM DEPUTY:   Karen Siegert
USPPTS:   Melissa Potter