IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>    v. )<br>    )<br>SCOTT GOODWIN-BAY, )<br>    )<br>        Defendant. ) | Criminal Action<br>No. 14-mj-14-2092DPR |

## ORDER APPOINTING COUNSEL

Based upon the information available to the Court, the United States Magistrate Judge finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel,

IT IS ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

　　　　　　　　　　　　　　　　　　　　　 /s/ David P. Rush
　　　　　　　　　　　　　　　　　　　　　DAVID P. RUSH
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date:  December 1, 2014