IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-mj-2092DPR |
| ) | |
| SCOTT GOODWIN-BEY, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Comes now Michelle Nahon Moulder, Assistant Federal Public Defender, and hereby enters her appearance as counsel on behalf of Defendant, Scott Goodwin-Bey, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Michelle Nahon Moulder*
**MICHELLE NAHON MOULDER, #40516**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

December 2, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of December, 2014, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

                                      */s/Michelle Nahon Moulder*
                                      **MICHELLE NAHON MOULDER**