IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA           Date: December 4, 2014

vs.                                Case No. 14-mj-2092-DPR-01

SCOTT GOODWIN-BEY

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Preliminary and Detention Hearings

Time Commenced:  9:02 a.m.          Time Terminated: 9:07 a.m.

APPEARANCES

Plaintiff:  Jim Kelleher, AUSA         Defendant:  Michelle Moulder, AFPD

Proceedings: Parties appear as indicated above, defendant in person. Court takes notice of the court file which includes a signed affidavit in support of the complaint and Pretrial Services report prepared by Melissa Potter, USPPTS   No evidence presented.   Court finds probable cause and orders the matter held for grand jury or other proceedings.

Government filed written *Motion for Pretrial Detention* (Doc. 9).   Parties present argument on the issue of detention. Court will file written Order granting the motion.   Defendant in custody.

ERO/COURTROOM DEPUTY:  Kerry Schroeppel
USPPTS:  Kathy Prater